UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cobbler Nevada, LLC,

                Plaintiff(s),

v.                                       Case No. 2:15−cv−12782−GAD−DRG
                                            Hon. Gershwin A. Drain

Does 1−32, et al.,

                Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 123, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE: February 8, 2016 at 02:30 PM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/T Bankston
                                                              Case Manager

Dated:   January 7, 2016