# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case: No. 15-cv-12782 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does, | ) |
| | ) |
| Defendants. | ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BREEANN HARRIS, DOE # 23 OWNER OF IP ADDRESS 68.36.108.132

Plaintiff, Cobbler Nevada, LLC, and Defendant Breeann Harris, said Defendant is also identified in Plaintiff's Complaint as John Doe No. 23 and holder of the IP address 68.36.108.132, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: February 8, 2016

Respectfully submitted,

| | |
|---|---|
| By : s/Paul J. Nicoletti | By : s/ Gautam B. Singh |
| Paul Nicoletti (P-44419) | Gautam B. Singh (P73747) |
| NICOLETTI LAW, PLC | Singh Law Firm, PLLC |
| 33717 Woodward Avenue, Ste. #433 | 100 West Big Beaver Road Suite 200, |
| Birmingham, MI 48009 | Troy, MI 48084 |
| Landline: (248) 203-7800 | Ph: (248) 850-2292 |
| eFax: (248) 928-7051 | Fax: (248) 850-2293 |
| Email: pauljnicoletti@gmail.com | Email: gbs@thesinghlaw.com |
| http://www.nicolettilawplc.com | |
| | ATTORNEY FOR DEFENDANT |
| ATTORNEY FOR PLAINTIFF | BREEANN HARRIS, said Defendant is also |
| COBBLER NEVADA, LLC | identified in Plaintiff's Complaint as John Doe |
| | No. 23 and holder of the IP address |
| | 68.36.108.132 |