IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case: No.  15-cv-12782 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does, | ) |
| | ) |
| Defendants. | ) |

**ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
BREEANN HARRIS, DOE # 23 OWNER OF IP ADDRESS 68.36.108.132**

IT IS HEREBY ORDERED that Defendant Breeann Harris, said Defendant is also identified in Plaintiff's Complaint as John Doe No. 23 and holder of the IP address 68.36.108.132, is dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

So Ordered.

/s/Gershwin A Drain
GERSHWIN A. DRAIN