UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cobbler Nevada, LLC,

               Plaintiff(s),

v.                                          Case No. 2:15−cv−12782−GAD−DRG
                                           Hon. Gershwin A. Drain

Does 1−32, et al.,

               Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 123, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  February 17, 2016 at 10:00 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/T Bankston
                                                      Case Manager

Dated:  February 8, 2016