AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Cobbler Nevada, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:15-cv-12782-GAD-DRG |
| Does 1-32 et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jeremiah Chesney, otherwise identified as Does # 14 possessing IP address 68.37.234.9   .

Date:   02/09/2016

s/Steven W. Dulan
*Attorney's signature*

Steven W. Dulan (P54914)
*Printed name and bar number*

1750 E Grand River Avenue
Suite 101
East Lansing, MI 48823
*Address*

swdulan@stevenwdulan.com
*E-mail address*

(517) 333-7132
*Telephone number*

(517) 333-1691
*FAX number*