# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 15-cv-12782 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-32, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the following Defendants identified in Plaintiff's Complaint: Does 1-13 and 15-32.

DATED: February 17, 2016     Respectfully submitted,

Cobbler Nevada, LLC

By: s/Paul J. Nicoletti
    Paul Nicoletti (P-44419)
    NICOLETTI LAW, PLC
    33717 Woodward Avenue, Ste. #433
    Birmingham, MI 48009
    Landline: (248) 203-7800
    eFax: (248) 928-7051
    Email: pauljnicoletti@gmail.com
    http://www.nicolettilawplc.com

    ATTORNEY FOR PLAINTIFF